# United States Court of Appeals for the Third Circuit

**Nos. 21-2443, 21-3039, 21-3040, 21-3041, 22-1074, 22-1075, 22-1406, 22-1407, 22-1408, 22-1409 and 22-2131**

Ostrander v. Trans Union LLC
Smith v. Trans Union LLC
Kauffmann v. Trans Union LLC
Bennett v. Trans Union LLC
Anderson v. Trans Union LLC
Gibbs v. Trans Union LLC
Darryl Walker v. Trans Union LLC
Marie Walker v. Trans Union LLC
Jackson v. Trans Union LLC
Holland v. Trans Union LLC
Sigler v. Trans Union LLC

**EQUIFAX INFORMATION SERVICES LLC'S JOINDER IN TRANS UNION LLC'S RESPONSE TO COURT'S ORDER REGARDING SUMMARY ACTION, DOC. NO. 37**

SEYFARTH SHAW LLP
Eric F. Barton
1075 Peachtree Street, N.E.
Suite 2500
Atlanta, GA  30309
(404) 885-1500
*Attorneys for Defendant-Appellee*
*Equifax Information Services LLC*

88397581v.1

Appellee Equifax Information Services LLC ("Equifax"), by an through its counsel, hereby joins and adopts Appellee Trans Union, LLC's Response to the Court's Order regarding proposed summary action, Doc. No. 37, on eleven appeals stayed in this Court pending the outcome of the Court's recent decision in <u>Bibbs v. Trans Union, LLC</u>, 43 F.4th 341 (3rd Cir., Aug. 8, 2022).

DATED: October 26, 2022

Respectfully submitted,

By: */s/ Eric F. Barton*
    Eric F. Barton
    ebarton@seyfarth.com
    SEYFARTH SHAW LLP
    1075 Peachtree Street, N.E.
    Suite 2500
    Atlanta, GA 30309-3958
    Telephone: (404) 885-1500
    Facsimile: (404) 892-7056

*Counsel for Appellee-Defendant Equifax Information Services LLC*

## CERTIFICATE OF SERVICE

      I certify that on October 26, 2022, I caused the foregoing Equifax Information Service LLC's Joinder in Trans Union, LLC's Response To Court's Order Regarding Summary Action, Doc. No. 37, to be filed through the Court's electronic case filing (ECF) system. Pursuant to Third Circuit Rule 27.2(b), the resulting Notice of Docket Activity generated by the ECF system constitutes service on counsel for the parties.

Dated:      October 26, 2022
                 Atlanta, Georgia

                                                                */s/ Eric F. Barton*
                                                                Eric F. Barton