# United States Court of Appeals for the Third Circuit

**Nos. 21-2443, 21-3039, 21-3040, 21-3041, 22-1074, 22-1075, 22-1406, 22-1407, 22-1408, 22-1409 and 22-2131**

Ostrander v. Trans Union LLC
Smith v. Trans Union LLC
Kauffmann v. Trans Union LLC
Bennett v. Trans Union LLC
Anderson v. Trans Union LLC
Gibbs v. Trans Union LLC
Darryl Walker v. Trans Union LLC
Marie Walker v. Trans Union LLC
Jackson v. Trans Union LLC
Holland v. Trans Union LLC
Sigler v. Trans Union LLC

**NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER'S JOINDER IN TRANS UNION, LLC'S RESPONSE TO COURT'S ORDER REGARDING SUMMARY ACTION, DOC. NO. 37**

Emma R. Leonelli, Esq.
PA ID No. 322705
McGuireWoods LLP
Tower Two-Sixty
260 Forbes Avenue, Suite 1800
Pittsburgh, Pennsylvania 15222
T: 412-667-7912 / F: 412-402-4196
eleonelli@mcguirewoods.com

Nationstar Mortgage LLC d/b/a Mr. Cooper ("Nationstar"), by and through its counsel, hereby joins and adopts Appellee Trans Union, LLC's Response to the Court's Order regarding proposed summary action, Doc. No. 37, on eleven appeals stayed in this Court pending the outcome of the Court's recent decision in <u>Bibbs v. Trans Union, LLC</u>, 43 F.4th 341 (3rd Cir., Aug. 8, 2022).

Dated:       October 26, 2022

                                       Respectfully submitted,

By: <u>*/s/ Emma R. Leonelli*</u>
     Emma R. Leonelli, Esq.
     PA ID No. 322705
     McGuireWoods LLP
     Tower Two-Sixty
     260 Forbes Avenue, Suite 1800
     Pittsburgh, Pennsylvania 15222
     T:  412-667-7912
     F:  412-402-4196
     eleonelli@mcguirewoods.com

*Attorneys for Defendant-Appellee Nationstar Mortgage LLC d/b/a Mr. Cooper*

## CERTIFICATE OF SERVICE

      I certify that on October 26, 2022, I caused the foregoing Nationstar Mortgage LLC d/b/a Mr. Cooper's Joinder in Trans Union, LLC's Response to Court's Order Regarding Summary Action, Doc. No. 37, to be filed through the Court's electronic case filing (ECF) system. Pursuant to Third Circuit Rule 27.2(b), the resulting Notice of Docket Activity generated by the ECF system constitutes service on counsel for the parties.

Dated: October 26, 2022                           */s/ Emma R. Leonelli*
                                                          Emma R. Leonelli